UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
      v. ) CR S-06-0199 EJG
James Moses Nawatani, et al. )

**FILED JUN 0 1 2006 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum             ( ) Ad Testificandum.

Name of Detainee: _____

Detained at (custodian):   James Moses Nawantani_____

Detainee is:   a.)   ( ) charged in this district by:
                  ( X ) Indictment     ( ) Information     ( ) Complaint
                  Charging Detainee With: _____

    or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
    or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence
is               currently being served at the detaining facility

*Appearance is necessary in the Eastern District of California on June 8, 2006 @ 2:00 p.m. for pending federal charges.*

                  Signature: _____ /s/ Richard J. Bender_____
                  Printed Name & Phone No: Richard J. Bender (916) 554-2731
                  Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum             ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the Federal Bureau of Investigation for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

June 1, 2006                   /s/ GREGORY G. HOLLOWS
Date                                     United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | _____ | **Male** Female | |
| Booking or CDC #: | T03798 | DOB: | 4/25/1977 |
| Facility Address: | Golden State Modified Community Correctional | Race: | Hispanic |
| | Facility, 611 Frontage Road, M. Farland, CA | FBI #: | |
| Facility Phone: | (661) 792-1874 | | |
| Currently Incarcerated For: | _____ | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____       _____
                                                (Signature)