**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                    **RE:    James Moses NAWATANI
                            Docket Number:  2:06CR00199-03
                            CONTINUANCE OF JUDGMENT
                            AND SENTENCING**

                                                    $c|ED6$

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced
case be continued from January 26, 2007, to February 9, 2007, at 10 a.m.  (See attached
correct amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** More time is needed to complete the presentence report.
The correct proposed disclosure date is January 5, 2007.

By copy of this memorandum, the Court Clerk is being requested to make appropriate
changes in the Court calendar.

**FILED**

                    Respectfully submitted,
                                                    JAN   4 2007

                                            CLERK, U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF CALIFORNIA
                            SCOTT W. STOREY       BY_____ DEPUTY CLERK
                    United States Probation Officer

**REVIEWED BY:**
                    KAREN A. MEUSLING
                    **Supervising United States Probation Officer**

Dated:      December 26, 2006
            Sacramento, California

Attachment

Rev. 05/2006
CONTINUANCE ~ TO JUDGE (EJG) MRG

**RE:** **James Moses NAWATANI**
**Docket Number: 2:06CR00199-03**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk

✓ **Approved**

$\mathcal{Ell} \mathcal{A} \mathcal{J}_{a-}$

**EDWARD J. GARCIA**
**Senior United States District Judge**

$1/4/07$

**Date**

___ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

**Plaintiff,**

vs.

**James Moses NAWATANI**

**Defendant.**

_____/

**Criminal Number: 2:06CR00199-03**

**SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT**

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | February 9, 2007 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 2, 2007 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 26, 2007 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 19, 2007 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | December 29, 2006 |

Rev. 05/2006
CONTINUANCE - TO JUDGE (EJG).MRG