# Memorandum



*United States Attorney*
*Eastern District of California*

| Subject | Date |
|---|---|
| U.S. v. James Moses Nawatani, Cr. S 06-0199 EJG | March 15, 2007 |

| To | From |
|---|---|
| Colleen Lydon, Chamber of Honorable Edward J. Garcia | Richard Bender, AUSA |

Please continue the sentencing of the above defendant from March 16, 2007, to April 13, 2007, at 10:00 a.m. The reason for the request is that the remaining two defendants are scheduled to enter guilty pleas within the next two weeks and we want to have those pleas entered prior to sentencing defendant Nawatani. Defense counsel, Dwight Samuel, Esq., has no objection to the continuance and has approved the date. A message was left for the Probation Officer, Scott Storey, informing him of the continuance request. If April 13th is unavailable to him, we will make an additional request that the sentencing be moved so that he is available.

You assistance in this matter is greatly appreciated.

**FILED**

MAR 1 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

**IT IS SO ORDERED**

3/15/07